1 Boris Treyzon, Esq. (SBN 188893)
  *btreyzon@actslaw.com*
2 Sara A. McClain, Esq. (SBN 268429)
  *smcclain@actslaw.com*
3 **ABIR COHEN TREYZON SALO, LLP**
  16001 Ventura Blvd., Ste. 200
4 Los Angeles, CA 91436
  Telephone: (424) 288-4367
5 Facsimile: (424) 288-4368

JS6

6 Attorneys for Plaintiffs
7 KIAVASH ARAN and HEDIEH MANDAVI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION

| | |
|---|---|
| KIAVASH ARAN, an individual; and HEDIEH MANDAVI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-10243 RGK (MRWx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL [92]**<br><br>Complaint Filed:   October 31, 2019<br>Action Removed:   December 3, 2019<br>Pre-Trial Conf.        August 9, 2021<br>Jury Trial Date:     August 24, 2021 |

///
///
///

[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL    1    Case No. 2:19-cv-10243-RGK-MRW

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: September 24, 2021

_____
HON. R. GARY KLAUSNER
United States District Judge